UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JACQUELINE BURGE,

    Plaintiff,

v.                                Case No: 5:22-cv-141-BJD-PRL

RICKY DIXON, et al.,

    Defendants.

_____

**ORDER**

Upon due consideration, Plaintiff's Motion to Extend Time for Service (Doc. 5) is **GRANTED**. Plaintiff must serve Defendants and provide the Court with certification of service and documents reflecting completed service upon all Defendants by **July 13, 2022**.

**IT IS SO ORDERED.**

**DONE AND ORDERED** at Ocala, Florida, this 15th day of June 2022.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

caw 6/13

copies:  Counsel of Record