UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JACQUELINE BURGE,

    Plaintiff,

v.                                                Case No: 5:22-cv-00141-BJD-PRL

RICKY DIXON, in his official capacity as
Secretary of the Florida Department of
Corrections, CENTURION OF FLORIDA, LLC,
MHM HEALTH PROFESSIONALS, LLC, S.
BAKER, JENNIFER HAYES, and JOSE R.
RODRIGUEZ, M.D.,

    Defendants.
_____/

## DEFENDANT RICKY DIXON'S, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE FLORIDA DEPARTMENT OF CORRECTIONS' MOTION TO WITHDRAW HIS PREVIOUSLY FILED MOTION TO DISMISS PLAINTIFF'S COMPLAINT

    Comes Now Ricky Dixon, in his official capacity as Secretary of the Florida Department of Corrections and hereby withdraws his pending Motion to Dismiss Plaintiff's Complaint. Plaintiff filed an amended Complaint on July 15, 2022 rendering Mr. Dixon's Motion to Dismiss moot.

### CERTIFICATE OF SERVICE

    I hereby certify that on this **20th** day of **July 2022** a true and correct copy of the foregoing was electronically filed with the Clerk of the Court for the U.S. District Court for the Middle District of Florida by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

        BUCHANAN & BUCHANAN, P.A.
Attorney for Defendant Ricky Dixon
1900 SE 18th Avenue, Suite 300
Ocala, Florida 34471
Tel:   (352) 629-4099
Fax:  (352) 629-3975
Email: rbuchanan@rbtrial.com

By: /s/ Robert B. Buchanan
      Robert B. Buchanan
      Florida Bar No. 063400