UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JACQUELINE BURGE,

      Plaintiff,

v.                             Case No. 5:22-cv-141-BJD-PRL

RICKY DIXON, et al.,

      Defendants.
_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Pursuant to the parties' Joint Stipulations of Dismissal Without Prejudice (Docs. 31, 32), this case is **DISMISSED without prejudice**. The parties shall bear their own fees and costs. The **Clerk** shall enter judgment dismissing this case without prejudice, terminate any pending motions, and close the file.

**DONE AND ORDERED** at Jacksonville, Florida, this 3rd day of November, 2022.

_____
BRIAN J. DAVIS
United States District Judge

caw 11/3
c:
Counsel of Record